■ ROBERT M. MORGENTHAU, District Attorney of New York County, Respondent, v WESTERN EXPRESS INTERNATIONAL, INC., et al., Appellants, et al., Defendants. [920 NYS2d 667]—Order, Supreme Court, New York County (Martin Shulman, J.), entered September 22, 2009, which, to the extent appealed from as limited by the briefs, denied the motion of defendants Western Express International, Inc. and Vadim Vassilenko to release restrained funds in the amount of $68,055 for the payment of attorney's fees, unanimously affirmed, without costs.

The financial affidavits submitted by defendants in support of their motion failed to establish the unavailability of other assets to pay their attorney's fees (see CPLR 1312 [4]; Morgenthau v Vinarsky, 72 AD3d 499 [2010]).

In view of the foregoing, we need not address defendants' remaining contentions. Concur—Andrias, J.P., Saxe, Acosta, Abdus-Salaam and Manzanet-Daniels, JJ. **[Prior Case History: 2009 NY Slip Op 32269(U).]**

■ MICHAEL SMALL, Respondent, v PATHE DIOP et al., Appellants. [920 NYS2d 666]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, Bronx County (Geoffrey D. Wright, J.), entered on or about June 30, 2010, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated March 5, 2011, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Saxe, J.P., Friedman, DeGrasse, Freedman and Abdus-Salaam, JJ.